| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| LAW OFFICES OF LEE M. PERLMAN<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ 08003<br>(856) 751-4224 |
| In RE:<br><br>Clyde & Crystal Killebrew |

Case No.: 17-14756 JNP

Judge: JNP

Chapter 13

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Crystal Killebrew_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 03/24/2022

_____
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.

- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) LAW OFFICES OF LEE M. PERLMAN 1926 Greentree Road, Suite 100 Cherry Hill, NJ 08003 (856) 751-4224 | |
| In RE: Clyde & Crystal Killebrew | Case No.: 17-14756 JNP Judge: **JNP** Chapter 13 |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Clyde Killebrew_____ , debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 3/24/2022

Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.

- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.