| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Clyde Killebrew III <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8632 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Crystal N. Killebrew <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7924 <br> EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  17–14756–JNP | | |

## Order of Discharge                                                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Clyde Killebrew III                          Crystal N. Killebrew
                                             aka Crystal Parker

6/8/22                                       **By the court:** Jerrold N. Poslusny Jr.
                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-14756-JNP
Clyde Killebrew, III                                                                            Chapter 13
Crystal N. Killebrew
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 5
Date Rcvd: Jun 08, 2022        Form ID: 3180W           Total Noticed: 72

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++             Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clyde Killebrew, III, Crystal N. Killebrew, 543 Four Mile Branch Road, Sicklerville, NJ 08081-1805 |
| aty | + | Harold Kaplan, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 516694720 | + | Central Credit Services, Inc., PO Box 15118, Jacksonville, FL 32239-5118 |
| 516694732 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 516817526 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516694735 | | Elan Financial Service, Attn: Bankruptcy, 4 Station Square Ste 620, Pittsburgh, PA 15219 |
| 516694736 | + | Encore Receivable Management, Inc., PO Box 3330, Olathe, KS 66063-3330 |
| 516694740 | + | Genpact Services, LLC, PO Box 1969, Southgate, MI 48195-0969 |
| 519346475 | | J.P. Morgan Mortgage Acquisition Corp., Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 519346476 | + | J.P. Morgan Mortgage Acquisition Corp., Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826, J.P. Morgan Mortgage Acquisition Corp. Bankruptcy Department 29603-0826 |
| 516694749 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 519513792 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 519513793 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042 U.S. Bank Trust National Association 77042-4546 |
| 516813021 | +++ | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516694711 | ^ | MEBN | Jun 08 2022 20:44:08 | Advanced Call Center Technologies LLC, PO Box 9091, Johnson City, TN 37615-9091 |
| 516694712 | + | Email/Text: operations@alaska.gov | Jun 08 2022 20:48:00 | Alaska Commission on Postsecondary Education, ACPE, PO Box 110505, Juneau, AK 99811-0505 |
| 516787380 | | Email/PDF: bncnotices@becket-lee.com | Jun 08 2022 20:49:14 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516694716 | + | Email/PDF: bncnotices@becket-lee.com | Jun 08 2022 20:49:17 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 08, 2022 | Form ID: 3180W | Total Noticed: 72 |

| Recipient ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 516694717 | + Email/Text: ewatson@cannonfcu.org | Jun 08 2022 20:48:00 | Cannon Afb Fcu, PO Box 2080, Clovis, NM 88102-2080 |
| 516694722 | + EDI: CITICORP.COM | Jun 09 2022 00:43:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516694723 | + EDI: CITICORP.COM | Jun 09 2022 00:43:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516694724 | + EDI: WFNNB.COM | Jun 09 2022 00:43:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 516694725 | + EDI: WFNNB.COM | Jun 09 2022 00:43:00 | Comenity Bank/New York & Co, Po Box 182125, Columbus, OH 43218-2125 |
| 516838917 | + EDI: WFNNB.COM | Jun 09 2022 00:43:00 | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 516694726 | + EDI: WFNNB.COM | Jun 09 2022 00:43:00 | Comenitybank/venus, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 516694727 | + EDI: WFNNB.COM | Jun 09 2022 00:43:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 516694728 | + EDI: NAVIENTFKASMDOE.COM | Jun 09 2022 00:43:00 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 516694733 | + Email/Text: egssupportservices@alorica.com | Jun 08 2022 20:48:00 | EGS Financial Care, Inc., PO Box 1020, Dept 806, Horsham, PA 19044-8020 |
| 516694738 | Email/Text: EBNBKNOT@ford.com | Jun 08 2022 20:48:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 516700714 | Email/Text: EBNBKNOT@ford.com | Jun 08 2022 20:48:00 | Ford Motor Credit Company LLC, Dept. 55953, P O Box 55000, Detroit, MI. 48255-0953 |
| 516701181 | Email/Text: EBNBKNOT@ford.com | Jun 08 2022 20:48:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-4400 |
| 516694737 | + Email/Text: bncnotifications@pheaa.org | Jun 08 2022 20:48:00 | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 516694742 | EDI: IRS.COM | Jun 09 2022 00:43:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 516694721 | EDI: JPMORGANCHASE | Jun 09 2022 00:43:00 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 516904762 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2022 20:49:18 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516694745 | + Email/Text: pslater@langleyfcu.org | Jun 08 2022 20:48:34 | Langley Fed Credit Uni, 1055 W Mercury Blvd, Hampton, VA 23666-3303 |
| 516922333 | + Email/Text: pslater@langleyfcu.org | Jun 08 2022 20:48:34 | Langley Federal Credit Union, PO Box 120128, Accounts Control, Newport News, VA 23612-0128 |
| 516865300 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2022 20:48:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516872550 | EDI: NAVIENTFKASMSERV.COM | Jun 09 2022 00:43:00 | Navient, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 516694747 | + EDI: NAVIENTFKASMSERV.COM | Jun 09 2022 00:43:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516885248 | EDI: NAVIENTFKASMDOE.COM | Jun 09 2022 00:43:00 | Navient Solutions LLC., Department of Education Loan Services, P.O. Box 9635, Wilkes-Barre, PA |

Case 17-14756-JNP    Doc 59    Filed 06/10/22    Entered 06/11/22 00:15:44    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 08, 2022 | Form ID: 3180W | Total Noticed: 72 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | 18773-9635 |
| 518621656 | Email/Text: mtgbk@shellpointmtg.com | Jun 08 2022 20:48:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518621657 | Email/Text: mtgbk@shellpointmtg.com | Jun 08 2022 20:48:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 516874798 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 20:48:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 516933944 | EDI: PRA.COM | Jun 09 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516694748 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 516849515 | EDI: Q3G.COM | Jun 09 2022 00:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516694751 | ^ MEBN | Jun 08 2022 20:44:22 | Raymour & Flanigan Furniture, PO Box 130, Liverpool, NY 13088-0130 |
| 518065800 | + Email/Text: bncmail@w-legal.com | Jun 08 2022 20:48:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518065801 | + Email/Text: bncmail@w-legal.com | Jun 08 2022 20:48:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 516694752 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 516694753 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Syncb/Ashley Homestore, Po Box 965064, Orlando, FL 32896-5064 |
| 516694754 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Syncb/pep Boys, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516694755 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Syncbpaypalsmartconn, Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 516919315 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516696859 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516694756 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 516694758 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Synchrony Bank/ Old Navy, Po Box 965064, Orlando, FL 32896-5064 |
| 516694759 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 516694760 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 516694761 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Synchrony Bank/QVC, Po Box 965064, Orlando, FL 32896-5064 |
| 516694762 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 08, 2022 | Form ID: 3180W | Total Noticed: 72 |

| 516694763 | + EDI: RMSC.COM | | | |
| | | Jun 09 2022 00:43:00 | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 516917918 | Email/Text: bncnotifications@pheaa.org | | |
| | | Jun 08 2022 20:48:00 | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 516694764 | + EDI: USAA.COM | | |
| | | Jun 09 2022 00:43:00 | Usaa Federal Savings Bank, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 516694765 | + EDI: USAA.COM | | |
| | | Jun 09 2022 00:43:00 | Usaa Svg Bk, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 516865768 | + EDI: AIS.COM | | |
| | | Jun 09 2022 00:43:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516694767 | + EDI: CITICORP.COM | | |
| | | Jun 09 2022 00:43:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 517374374 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Jun 08 2022 20:49:23 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 517374375 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Jun 08 2022 20:49:30 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd, Suite 170 |
| 516694714 | *+ | Allied Interstate, PO Box 361347, Columbus, OH 43236-1347 |
| 516694715 | *+ | Allied Interstate, PO Box 361347, Columbus, OH 43236-1347 |
| 516694718 | *+ | Cannon Afb Fcu, PO Box 2080, Clovis, NM 88102-2080 |
| 516694719 | *+ | Cannon Afb Fcu, PO Box 2080, Clovis, NM 88102-2080 |
| 516694729 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 516694730 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 516694731 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 516869322 | * | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516694734 | *+ | EGS Financial Care, Inc., PO Box 1020, Dept 806, Horsham, PA 19044-8020 |
| 516694743 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 516694744 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 516694750 | *+ | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 518065802 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518065803 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 516694757 | *+ | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 516694766 | *+ | Usaa Svg Bk, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 516694713 | ##+ | Allied Interstate, PO Box 361347, Columbus, OH 43236-1347 |
| 516694739 | ##+ | GC Services, PO Box 46960, Saint Louis, MO 63146-6960 |
| 516694741 | ##+ | Global Receivables Solutions, Inc., 7171 Mercy Road, Omaha, NE 68106-2636 |
| 516694746 | ##+ | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |

TOTAL: 1 Undeliverable, 16 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 08, 2022 | Form ID: 3180W | Total Noticed: 72 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor USAA FEDERAL SAVINGS BANK hkaplan@rasnj.com  informationathnk@aol.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association hkaplan@rasnj.com  informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Clyde Killebrew  III ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Crystal N. Killebrew ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11