Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 17–14756–JNP
                    Chapter: 13
                    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Clyde Killebrew III | Crystal N. Killebrew |
| 543 Four Mile Branch Road | aka Crystal Parker |
| Sicklerville, NJ 08081 | 543 Four Mile Branch Road |
| | Sicklerville, NJ 08081 |

Social Security No.:
  xxx–xx–8632                                   xxx–xx–7924

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 11, 2022</u>                <u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court